UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GLINN VESSELL,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

CASE NO. C08-0949RSL

ORDER GRANTING EQUAL
ACCESS TO JUSTICE ACT FEES

The Court has reviewed the entire record, including plaintiff's motion for attorney fees, defendant's response, plaintiff's reply thereto, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff is GRANTED a total of 53.8 hours for attorney time at an hourly rate of $172.85, for a total of $9,299.33. Plaintiff is also GRANTED the full amount of costs ($25.25) and expenses ($78.22) claimed. When added to the award for attorney time, plaintiff's total award is $9,402.80; and

ORDER GRANTING EQUAL
ACCESS TO JUSTICE ACT FEES
PAGE -1

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 20th day of October, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge